DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MEREDITH J. QUINTANA,**
Appellant,

v.

**MARK D. QUINTANA,**
Appellee.

No. 4D19-1551

[July 2, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502004DR003527.

Sommer C. Horton of the Horton Law Group, P.A., Boca Raton, for appellant.

Nancy A. Hass of Nancy A. Hass, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***